IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN LEO HAGMAN,<br><br>Defendant. | CR 13–16–M–DLC<br><br><br>ORDER |

IT IS ORDERED that the disposition of the revocation proceeding in the above-captioned case is continued to September 8, 2020 at 1:30 p.m. in the Russell Smith Courthouse in Missoula, Montana.

IT IS FURTHER ORDERED that Defendant Austin Leo Hagman remains subject to all existing conditions of supervision. (*See* Docs. 67, 130, & 131.)

DATED this 10th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

-1-